# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4995
_____

FREDERICK L. WATERFIELD, JR.,

Petitioner,

v.

JULIE L. JONES, Secretary,
Florida Department of
Corrections,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

September 27, 2018

PER CURIAM.

DENIED.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Frederick L. Waterfield, Jr., pro se, Petitioner.

Kenneth Steely, General Counsel of Department of Corrections, Pamela Jo Bondi, Attorney General, and Erik D. Kverne, Assistant Attorney General, Tallahassee, for Respondent.